THE PEOPLE ex rel. HUGH McCORMACK, Appellant, *v.* JOHN McCLAVE et al., as Police Commissioners, etc., Respondents.

(Argued June 17, 1890; decided June 24, 1890.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made November 18, 1889, which affirmed the proceedings of the respondents, the board of police commissioners of the police department of the city of New York, dismissing the relator from the police force of said city.

*John M. Tierney* for appellant.

*David J. Dean* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

HIRAM D. HURD et al., Respondents, *v.* WILBUR F. CATTON, Appellant.

(Argued June 17, 1890; decided June 24, 1890.)

APPEAL from order of the General Term of the Superior Court of the city of Buffalo, made April 9, 1890, which affirmed an order of Special Term, denying a motion to vacate an order of arrest.

*Brown & Sells* for appellant.

*John Foley* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.